No. 57664.—Airport Clearance Service v. United States, protest 203153–K (New York).

Opinion by FORD, J. At the trial, the claim was limited to the merchandise identified on the invoice as item No. 12821, contained in case No. 3811. The collector, in his letter of transmittal, conceded that "item 12821 in case #3811 * * * would now be properly classified at 30% & 2¢ each under Paragraph 1529 (b) of the Tariff Act of 1930, T. D. 52587 & T. D. 50281." On the record presented, the claim of the plaintiff was sustained as to the item in question.

No. 57665.—Bergdorf Goodman Co. and Gimbel Bros., Inc. v. United States, protests 209911–K and 208351–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of beaded bags the same in all material respects as those the subject of Abstract 56124, the claim of the plaintiffs was sustained.

No. 57666.—Hoyt, Shepston & Sciaroni v. United States, protest 201821–K (San Francisco).

Opinion by FORD, J. An examination of the official papers disclosing that the protest was filed more than 60 days after liquidation, the protest was dismissed as untimely.